**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 11, 2019.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-19-00793-CV**

---

## IN RE D&A ALVAREZ GROUP, LLC AND 2017 YALE DEVELOPMENT, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-64847**

---

## MEMORANDUM OPINION

On October 10, 2019, relators Re D&A Alvarez Group, LLC and 2017 Yale Development, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators complain that (1) the Honorable Beau A. Miller, Presiding of Judge of the 190th District Court, Harris County, refused to rule on relators' objections to a motion for summary judgment filed by real parties in interest; and (2) the Honorable Susan

Brown, Administrative Judge of the Eleventh Judicial District, did not hold a hearing when she denied relators' motion to recuse Judge Miller. Relators also filed a motion for emergency stay.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion for emergency stay.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.